## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **QUEVEDO RIVERA, DERIX ANTONIO,**<br>*Petitioner*,<br><br>v.<br><br>**JAMISON, J.L., in his official capacity as Warden, Federal Detention Center, Philadelphia; JOHN RIFE, in his official capacity as the Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office; TODD LYONS, in his official capacity as the Acting Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, in her official capacity as U.S. Attorney General**,<br>*Respondents*. | **Civil No. 26-1653** |

### ORDER

**AND NOW**, this 11th day of June, 2026, upon consideration of the Respondents' Certification of Compliance (ECF No. 8), it is hereby **ORDERED** that the Clerk of Courts is directed to **CLOSE** this case.

BY THE COURT:

MARY KAY COSTELLO
United States District Judge